## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DILLSBURG VENTURES, LLC,** | : | **CIVIL ACTION NO. 1:10-CV-275** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **CARROLL TOWNSHIP**, | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 15th day of August, 2016, upon consideration of the parties' concurred motion (Doc. 114) to defer ruling on defendant's motion (Doc. 107) for judgment on the pleadings pending conclusion of the parties' renewed settlement negotiations, it is hereby ORDERED that:

1. The parties' concurred motion (Doc. 114) is GRANTED.

2. The court will defer its ruling on defendant's pending motion (Doc. 107) for judgment on the pleadings until after October 7, 2016.

3. The parties shall file a joint status report on or before October 7, 2016, apprising the court of the status of their settlement negotiations and whether the court's ruling on defendant's pending motion (Doc. 107) for judgment on the pleadings should remain deferred.

4. The Clerk of Court shall administratively terminate defendant's pending motion (Doc. 107) for judgment on the pleadings without prejudice to reinstatement of said motion at the close of the parties' settlement negotiations.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania